UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID COTTEN**, on behalf of himself an all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>**BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS HMO BLUE, INC.**,<br><br>    Defendant. | Civil Action No. 1:16-cv-12176-MLW |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. ("BCBSMA"), hereby moves this Court to dismiss Plaintiff's Complaint. In support of its motion, BCBSMA relies upon: (i) the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, (ii) the Declaration of Attorney Alexandra S. Tuffuor in support of Defendant's Motion to Dismiss Plaintiff's Complaint, and (ii) Defendant's Request for Judicial Notice in Support of its Motion to Dismiss Plaintiff's Complaint and the exhibits thereto.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant respectfully requests oral argument on its Motion to Dismiss Plaintiff's Complaint.

Dated:  January 13, 2017            Respectfully submitted,

                                BLUE CROSS AND BLUE SHIELD OF
                                MASSACHUSETTS HMO BLUE, INC.

                                By: /s/ *Alexandra S. Tuffuor*

                                   Charles L. Solomont (BBO# 557190)
                                   Alexandra S. Tuffuor (BBO# 692864)
                                   MORGAN, LEWIS & BOCKIUS LLP
                                   One Federal Street
                                   Boston, Massachusetts 02110
                                   Telephone: (617) 341-7700
                                   Fax: (617) 341-7701
                                   carl.solomont@morganlewis.com
                                   alexandra.tuffuor@morganlewis.com

                                   Joseph J. Costello (Admitted *Pro Hac Vice*)
                                   MORGAN, LEWIS & BOCKIUS LLP
                                   1701 Market Street
                                   Philadelphia, PA 19103-2921
                                   Telephone: (215) 963-5000
                                   Fax: (215) 963-5001
                                   joseph.costello@morganlewis.com

                                   Molly Moriarty Lane (Admitted *Pro Hac Vice*)
                                   MORGAN, LEWIS & BOCKIUS LLP
                                   One Market, Spear Street Tower
                                   San Francisco, California 94105-1126
                                   Telephone: (415) 442-1000
                                   Fax: (415) 442-1001
                                   molly.moriarty@morganlewis.com

                                   Lisa Veasman (Admitted *Pro Hac Vice*)
                                   MORGAN, LEWIS & BOCKIUS LLP
                                   300 South Grand Avenue, 22nd Floor
                                   Los Angeles, CA  90071-3132
                                   Telephone: (213) 612-2500
                                   Fax: (213) 612-2501
                                   lisa.veasman@morganlewis.com

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(a)(2), I, Alexandra S. Tuffuor, an attorney with Morgan, Lewis & Bockius LLP and counsel for Defendant, hereby certify that counsel Defendant, communicated with Plaintiff, in a good faith effort to resolve or narrow the issues set forth in the foregoing motion and report that no resolution on these matters was reached.

/s/  Alexandra S. Tuffuor

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2017, a true copy of the forgoing document was served on the following counsel of record via the Court's CM/ECF system:

Patrick J. Sheehan  
WHATLEY KALLAP, LLP  
60 State Street, 7th Floor  
Boston, MA 02109  
Telephone: 617-573-5118  
Fax: 617-371-2950  
Email: psheehan@whatleykallas.com  

Jordan Lewis  
JORDAN LEWIS, P.A.  
4473 N.E. 11th Avenue  
Fort Lauderdale, FL 33334  
Telephone: 954-616-8995  
Facsimile: 954-206-0374  
Email: jordan@jml-lawfirm.com  

By: /s/ *Alexandra S. Tuffuor*