## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **David Cotten, James Robinson and Carolyn Cain on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. and Blue Cross and Blue Shield of Massachusetts, Inc.**<br><br>Defendants. | Case No. 1:16-cv-12176-RGS |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
### FED. R. CIV. PRO. 41(A)(1)(a)(II)

Each party hereby stipulates that all of the individual Plaintiffs' claims against Defendants in the above entitled action are voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with each party to bear its own costs.

Dated: February 21, 2019                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Patrick J. Sheehan* | Charles L. Solomont |
| Patrick J. Sheehan | Peter J. Mee |
| WHATLEY KALLAS, LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 60 State Street, 7th Floor | One Federal Street |
| Boston, MA 02109 | Boston, MA 02110 |
| Telephone: (617) 573-5118 | Telephone: (617) 341-7700 |
| Facsimile: (617) 371-2950 | Email: carl.solomont@morganlewis.com |
| Email: *psheehan@whatleykallas.com* | peter.mee@morganlewis.com |

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Ave., NE
Atlanta, GA 30306
Telephone:  (404) 502-4079
Facsimile: (404) 202-9625
Email: *dwinegard@whatleykallas.com*

Jordan Lewis
JORDAN LEWIS, P.A.
473 N.E. 11th Avenue
 Fort Lauderdale, FL 33334
Telephone: 954-616-8995
Facsimile: 954-206-0374
Email: *jordan@jml-lawfirm.com*

*Attorneys for Plaintiffs*

Joseph J. Costello
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street Philadelphia, PA 19103
Telephone: (215) 963-5000
Email: joseph.costello@morganlewis.com

Molly Moriarty Lane
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Email: molly.moriarty@morganlewis.com

*/s/ Lisa Veasman*
Lisa Veasman
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Email: lisa.veasman@morganlewis.com

*Attorneys for Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. and Blue Cross and Blue Shield of Massachusetts, Inc.*